# Exhibit A

 **CT Corporation**

**Service of Process Transmittal**
06/12/2017
CT Log Number 531389106

TO:     Howard Harris
        BMW of North America, LLC
        300 Chestnut Ridge Road
        Woodcliff Lake, NJ 07677-7731

RE:     **Process Served in California**

FOR:    BMW of North America, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RAJNISH SINGH KOONER, Pltf. vs. BMW of North America, LLC, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s), Demand, Cover Sheet, Instructions, Addendum and Statement, Notice, Attachment(s) |
| **COURT/AGENCY:** | San Diego County - Superior Court - San Diego, CA<br>Case # 37201700020958CUBCCTL |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2013 BMW 7501, VIN:WBAYASC52DD228020 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/12/2017 at 15:00 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Steve Mikhov<br>KNIGHT LAW GROUP, LLP<br>1801 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067<br>310-552-2250 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/13/2017, Expected Purge Date: 06/18/2017<br><br>Image SOP<br><br>Email Notification,  Barry Chen  Barry.chen@bmwnaext.com<br><br>Email Notification,  Diane Carbone  Diane.Carbone@bmwna.com<br><br>Email Notification,  Gino Palacios  Gino.Palacios@bmwnaext.com<br><br>Email Notification,  Toni-Lynne Mathias  Toni-lynne.Mathias@bmwnaext.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of  1 / BV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br>FINCHEY CORPORATION OF CALIFORNIA, a California Corporation dba<br>PACIFIC BMW, and DOES 1 through 10, inclusive,<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>RAJNISH SINGH KOONER | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)*<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**06/09/2017** at 08:00:00 AM<br><br>Clerk of the Superior Court<br>By Carla Brennan,Deputy Clerk |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Hall of Justice Courthouse<br>330 W. Broadway<br>San Diego, CA 92101 | CASE NUMBER:<br>*(Número del Caso):*<br><br>37-2017-00020958-CU-BC-CTL |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Knight Law Group, LLP
1801 Century Park East, Suite 2300, Los Angeles, CA 90067
(310) 552-2250

| DATE:<br>*(Fecha)* | 06/12/2017 | Clerk, by<br>*(Secretario)* | C.Brennan<br>C. Brennan | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒☒ on behalf of *(specify)*: BMW of North America, LLC, a Delaware Limited Liability Company

    under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
            ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
            ☒☒ other *(specify)*: Corporation Code 17061 (Limited Liability Company)
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br><br>American Legal Net, Inc.<br>www.FormsWorkflow.com |

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

**06/09/2017** at 08:00:00 AM
Clerk of the Superior Court
By Carla Brennan,Deputy Clerk

1  **KNIGHT LAW GROUP, LLP**
2  Steve Mikhov (SBN 224676)
   1801 Century Park East, Suite 2300
3  Los Angeles, CA 90067
   Telephone: (310) 552-2250
4  Fax: (310) 552-7973

5  Attorneys for Plaintiff,
6  RAJNISH SINGH KOONER

7                  **SUPERIOR COURT OF CALIFORNIA**
8                     **COUNTY OF SAN DIEGO**

9  **RAJNISH SINGH KOONER,**                Case No.:    37-2017-00020958-CU-BC-CTL
10                                           Unlimited  Jurisdiction
11              Plaintiff,
12
         vs.
13                                           **COMPLAINT**
14  **BMW OF NORTH AMERICA, LLC, a**         1. **VIOLATION OF SONG-BEVERLY**
15  **Delaware Limited Liability Company,**     **ACT - BREACH OF EXPRESS**
    **FINCHEY CORPORATION OF**                  **WARRANTY**
16  **CALIFORNIA, a California Corporation dba**  2. **VIOLATION OF SONG-BEVERLY**
    **PACIFIC BMW, and DOES 1 through 10,**      **ACT - BREACH OF IMPLIED**
17  **inclusive,**                               **WARRANTY**
18                                           3. **VIOLATION OF THE SONG-**
                                                **BEVERLY ACT SECTION 1793.2**
19              Defendants.
20
21                                           *Assigned for All Purposes to the*
22                                           *Honorable*
23                                           Department
24
25
26
27
28

-1-

KOONER v. BMW COMPLAINT

1    Plaintiff, RAJNISH SINGH KOONER, alleges as follows against Defendants, BMW OF

2   NORTH AMERICA, LLC, a Delaware Limited Liability Company, ("BMW"), FINCHEY

3   CORPORATION OF CALIFORNIA, a California Corporation dba PACIFIC BMW, ("PACIFIC

4   BMW"), and DOES 1 through 10 inclusive, on information and belief, formed after an inquiry

5   reasonable under the circumstances:

6

7                              **DEMAND FOR JURY TRIAL**

8    1.   Plaintiff, RAJNISH SINGH KOONER, hereby demands trial by jury in this action.

9

10                             **GENERAL ALLEGATIONS**

11    2.·   Plaintiff, RAJNISH SINGH KOONER, is an individual residing in the City of San Diego,

12   County of San Diego, and State of California.

13    3.   Defendant BMW is and was a Delaware Limited Liability Company registered to do

14   business in the State of California with its registered office in the City of Los Angeles, County of

15   Los Angeles, and State of California.

16    4.   Defendant PACIFIC BMW, is and at all relevant times was a California Corporation

17   registered to do business in the State of California with its principal place of business in the City of

18   Glendale, County of Los Angeles, and State of California.

19    5.   These causes of action arise out of the warranty obligations of BMW in connection with a

20   vehicle purchased by Plaintiff and for which BMW issued a written warranty.

21    ·6.   Plaintiff does not know the true names and capacities, whether corporate, partnership,

22   associate, individual or otherwise of Defendant issued herein as Does 1 through 10, inclusive, under

23   the provisions of section 474 of the California Code of Civil Procedure. Defendant Does 1 through

24   10, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth

25   herein, and are legally liable to Plaintiff. Plaintiff will seek leave to amend this Complaint to set

26   forth the true names and capacities of the fictitiously named Defendant, together with appropriate

27   charging allegations, when ascertained.

28   ///

7.   All acts of corporate employees as alleged were authorized or ratified by an officer, director, or managing agent of the corporate employer.

8.   Each Defendant, whether actually or fictitiously named herein, was the principal, agent (actual or ostensible), or employee of each other Defendant, and in acting as such principal or within the course and scope of such employment or agency, took some part in the acts and omissions hereinafter set forth by reason of which each Defendant is liable to Plaintiff for the relief prayed for herein. The sales contract is attached and incorporated by its reference as Exhibit 1.

9.   On July 29, 2013, Plaintiff purchased a new 2013 BMW 750I, VIN: WBAYA8C52DD228020, ("the vehicle"). Express warranties accompanied the sale of the vehicle to Plaintiff by which BMW undertook to preserve or maintain the utility or performance of Plaintiff's vehicle or to provide compensation if there was a failure in such utility or performance.

10.   The vehicle was delivered to Plaintiff with serious defects and nonconformities to warranty and developed other serious defects and nonconformities to warranty including, but not limited to, engine, steering, exterior, tranmission and electrical system defects.

11.   Plaintiff hereby revokes acceptance of the sales contract

12.   Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil Code sections 1790 *et seq.* the subject vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes.

13.   Plaintiff is a "buyer" of consumer goods under the Act.

14.   Defendant BMW is a "manufacturer" and/or "distributor" under the Act.

15.   Plaintiff hereby demands trial by jury in this action.

## FIRST CAUSE OF ACTION

### Violation of the Song-Beverly Act – Breach of Express Warranty

16. Plaintiff incorporates herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and re-alleged.

17. Express warranties accompanied the sale of the vehicle to Plaintiff by which BMW undertook to preserve or maintain the utility or performance of Plaintiff's vehicle or to provide

-3-

1 | compensation if there was a failure in such utility or performance.

2 | 18. The vehicle was delivered to Plaintiff with serious defects and nonconformities to warranty
3 | and developed other serious defects and nonconformities to warranty including, but not limited to,
4 | engine, steering, exterior, tranmission and electrical system defects.

5 | 19. Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil Code
6 | sections 1790 *et seq.* the vehicle constitutes "consumer goods" used primarily for family or
7 | household purposes, and Plaintiff has used the vehicle primarily for those purposes.

8 | 20. Plaintiff is the "buyer" of consumer goods under the Act.

9 | 21. Defendant BMW is a "manufacturer" and/or "distributor" under the Act.

10 | 22. The foregoing defects and nonconformities to warranty manifested themselves within the
11 | applicable express warranty period. The nonconformities substantially impair the use, value and/or
12 | safety of the vehicle.

13 | 23. Plaintiff delivered the vehicle to an authorized BMW repair facility for repair of the
14 | nonconformities.

15 | 24. Defendant was unable to conform Plaintiff's vehicle to the applicable express after a
16 | reasonable number of repair attempts.

17 | 25. Notwithstanding Plaintiff's entitlement, Defendant BMW has failed to either promptly
18 | replace the new motor vehicle or to promptly make restitution in accordance with the Song-Beverly
19 | Act.

20 | 26. By failure of Defendant to remedy the defects as alleged above, or to issue a refund or
21 | replacement vehicle, Defendant is in breach of its obligations under the Song-Beverly Act.

22 | 27. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that
23 | amount directly attributable to use by the Plaintiff prior to discovery of the nonconformities.

24 | 28. Plaintiff is entitled to all incidental, consequential, and general damages resulting from
25 | Defendant's failure to comply with its obligations under the Song-Beverly Act.

26 | 29. Plaintiff is entitled under the Song-Beverly Act to recover as part of the judgment a sum
27 | equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred
28 | in connection with the commencement and prosecution of this action.

-4-

KOONER v. BMW COMPLAINT

1   30. Plaintiff is entitled in addition to the amounts recovered, a civil penalty of up to two times

2   the amount of actual damages for BMW's willful failure to comply with its responsibilities under

3   the Act.

4

5                            **SECOND CAUSE OF ACTION**

6            **Violation of the Song-Beverly Act – Breach of Implied Warranty**

7        31.      Plaintiff incorporates herein by reference each and every allegation contained in the

8   preceding and succeeding paragraphs as though herein fully restated and re-alleged.

9        32.      BMW and its authorized dealership at which Plaintiff purchased the subject vehicle

10  had reason to know the purpose of the subject vehicle at the time of sale of the subject vehicle. The

11  sale of the subject vehicle was accompanied by an implied warranty of fitness.

12       33.      The sale of the subject vehicle was accompanied by an implied warranty that the

13  subject vehicle was merchantable pursuant to Civil Code section 1792.

14       34.      The subject vehicle was not fit for the ordinary purpose for which such goods are

15  used because it was equipped with a defective engine, steering, exterior, tranmission and electrical

16  system.

17       35.      The subject vehicle did not measure up to the promises or facts stated on the container

18  or label because it was equipped with a defective engine, steering, exterior, tranmission and electrical

19  system.

20       36.      The subject vehicle was not of the same quality as those generally acceptable in the

21  trade because it was equipped with a defective engine, steering, exterior, tranmission and electrical

22  system.

23       37.      Plaintiff is entitled to justifiably revoke acceptance of the subject vehicle under Civil

24  Code, section 1794, *et seq*.

25       38.      Plaintiff hereby revokes acceptance of the subject vehicle.

26       39..     Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section

27  1794, *et seq.*

28  ///

-5-

KOONER v. BMW COMPLAINT

40.     Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, *et seq.* and Commercial Code, section 2711.

41.     Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, *et seq.*

42.     Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 *et seq* and Commercial Code, sections 2711, 2712, and 2713 *et seq.*

### THIRD CAUSE OF ACTION

#### Violation of the Song-Beverly Act Section 1793.2

43.     Plaintiff incorporates herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and re-alleged.

44.     Pursuant to Civil Code, section 1793.2, subdivision (a) a manufacturer that sells consumer goods in California, for which it has made an express warranty, shall maintain service and repair facilities or designate and authorize independent service and repair facilities to carry out the terms of those warranties.

45.     Pursuant to Civil Code, section 1793.2, subdivision (b), when service and repair of goods is necessary because they do not conform with the applicable express warranties, service and repair shall be commenced within a reasonable time by the manufacturer or its representative.

46.     Civil Code, section 1793.2, subdivision (b) further states that goods shall be serviced or repaired so as to conform to the applicable warranties within 30 days.

47.     The sale of the subject vehicle was accompanied by express warranties, including a warranty guaranteeing that the subject vehicle was safe to drive and not equipped with defective parts, including the engine, steering, exterior, tranmission and electrical system.

48.     Plaintiff delivered the subject vehicle to BMW's authorized service representative(s), BMW of Encinitas, on multiple occasions.   The subject vehicle was delivered for repairs of the engine, steering, exterior, tranmission and electrical system, which amount to nonconformities to the express warranties that accompanied the sale of the subject vehicle.

///

-6-

KOONER v. BMW COMPLAINT

1    49.    Since delivery of the subject vehicle to BMW of Encinitas, over thirty days have past
2  and BMW and BMW of Encinitas have failed to tender the subject vehicle back to Plaintiff in
3  conformance with its warranties.

4    50.   Plaintiff is entitled to justifiably revoke acceptance of the subject vehicle under Civil
5  Code, section 1794, *et seq*;

6    51.   Plaintiff hereby revokes acceptance of the subject vehicle.

7    52.   Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794,
8  *et seq.*

9    53.   Plaintiff is entitled to rescission of the contract pursuant to Civil Code section 1794, *et*
10 *seq.* and Commercial Code, section 2711.

11    54.   Plaintiff is entitled to recover any "cover" damages under Commercial Code sections
12 2711, 2712, and Civil Code, section 1794, *et seq.*

13    55.   Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794
14 *et seq* and Commercial Code sections, 2711, 2712, and 2713 *et seq.*

15    56.    Plaintiff is entitled in addition to the amounts recovered, a civil penalty of up to two
16 times the amount of actual damages in that BMW has willfully failed to comply with its
17 responsibilities under the Act.

18

19                          **PRAYER FOR RELIEF**

20  WHEREFORE, Plaintiff prays for judgment against Defendants, as follows:

21  1.  For general, special and actual damages according to proof at trial;

22  2.  For rescission of the purchase contract and restitution of all monies expended;

23  3.  For diminution in value;

24  4.  For incidental and consequential damages according to proof at trial;

25  5.  For civil penalty in the amount of two times Plaintiff's actual damages;

26  6.  For prejudgment interest at the legal rate;

27  7.  For reasonable attorney's fees and costs of suit; and

28  ///

                                   -7-

1      8.   For such other and further relief as the Court deems just and proper under the circumstances.

2

3     Dated: June ___, 2017                         KNIGHT LAW GROUP, LLP

4

5

6

7                                     STEVE MIKHOV (SBN 224676)
                                    Attorneys for Plaintiff,

8                                     RAJNISH SINGH KOONER

9

10

11        Plaintiff, RAJNISH SINGH KOONER, hereby demands trial by jury in this action.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        -8-

# EXHIBIT 1

**(WITH ARBITRATION PROVISION)**

| Dealer Number 1176 | Contract Number | R.O.S. Number | Stock Number 191591 |
|---|---|---|---|

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| RAJNISH SINGH KOONER 4643 RANCHO SIERRA BEND SAN DIEGO, CA 92130 | 4643 RANCHO SIERRA BEND SAN DIEGO, CA 92130 | Pacific BMW 800 SOUTH BRAND BOULEVARD GLENDALE, CA 91204 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2013 | BMW 750I SEDAN | 16 | WBAYA8C52DD228020 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| 0.00 % | $ 0.00 (a) | $ 95,400.20 | $ 95,400.20 (e) | $ 95,400.20 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 0 | 95,400.20 | Monthly beginning Aug 28 2013 |
| One final payment | 95,400.20 | Aug 28 2013 |

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.

Prepayment. If you pay off all your debt early, you may be charged a minimum finance charge.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

## ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price.
   A. Cash Price of Motor Vehicle and Accessories ..................................... $ 87,585.00 (A)
      1. Cash Price Vehicle ................................................. $ 87,585.00
      2. Cash Price Accessories ........................................... $ N/A
      3. Other (Nontaxable)
         Describe ........................................................ $ N/A
         Describe ........................................................ $ N/A
   B. Document Processing Charge (not a governmental fee) ............. $ 80.00 (B)
   C. Emissions Testing Charge (not a governmental fee) ............... $ N/A (C)
   D. (Optional) Theft Deterrent Device (to whom paid) ................ $ 0.00 (D)
   E. (Optional) Theft Deterrent Device (to whom paid) ............... $ 0.00 (E)
   F. (Optional) Theft Deterrent Device (to whom paid) ............... $ N/A (F)
   G. (Optional) Surface Protection Product (to whom paid) ........... $ N/A (G)
   H. (Optional) Surface Protection Product (to whom paid) ........... $ N/A (H)
   I. EV Charging Station (to whom paid) ............................. $ N/A (I)
   J. Sales Tax (on taxable items in A through I) .................... $ 7,013.20 (J)
   K. Electronic Vehicle Registration or Transfer Charge:
      (not a governmental fee) (to whom paid) **General System Solutions** ... $ 26.00 (K)

STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

### Vehicle Insurance

|  | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp. Fire & Theft | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | N/A Mos. | $ N/A |
| Bodily Injury. $ N/A Limits. | N/A Mos. | $ N/A |
| Property Damage $ N/A Limits. | N/A Mos. | $ N/A |
| Medical | N/A Mos. | $ N/A |
|  | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums |  | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____

Co-Buyer X _____

Seller X _____

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

|  | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A | Mos. N/A | $ N/A |
| Credit Disability | N/A | Mos. N/A | $ N/A |
| Total Credit Insurance Premiums | | $ N/A | |

Insurance Company Name _____ N/A

Home Office Address _____ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for

A. Cash Price of Motor Vehicle and Accessories ............ $ 87,535.00 (A)
  1. Cash Price Vehicle ................................... $ 87,505.00
  2. Cash Price Accessories ............................. $ N/A
  3. Other (Nontaxable)
    Describe _____ $ N/A
    Describe _____ $ N/A
B. Document Processing Charge (not a governmental fee) ........ $ 80.00 (B)
C. Emissions Testing Charge (not a governmental fee) .......... $ N/A (C)
D. (Optional) Theft Deterrent Device (to whom paid) ........... $ 0.00 (D)
E. (Optional) Theft Deterrent Device (to whom paid) ........... $ 0.00 (E)
F. (Optional) Theft Deterrent Device (to whom paid) ........... $ N/A (F)
G. (Optional) Surface Protection Product (to whom paid) ....... $ N/A (G)
H. (Optional) Surface Protection Product (to whom paid) ....... $ N/A (H)
I. EV Charging Station (to whom paid) ........................ $ N/A (I)
J. Sales Tax (on taxable items in A through I) ............... $ 7,013.20 (J)
K. Electronic Vehicle Registration or Transfer Charge
  (not a governmental fee) (to whom paid) System Solutions ... $ 26.00 (K)
L. (Optional) Service Contract (to whom paid) ................ $ N/A (L)
M. (Optional) Service Contract (to whom paid) ................ $ N/A (M)
N. (Optional) Service Contract (to whom paid) ................ $ N/A (N)
O. (Optional) Service Contract (to whom paid) ................ $ N/A (O)
P. (Optional) Service Contract (to whom paid) ................ $ N/A (P)
Q. Prior Credit or Lease Balance paid by Seller to
  (see downpayment and trade-in calculation) .............. (e) $ N/A (Q)
R. (Optional) Gap Contract (to whom paid) .................... $ N/A (R)
S. (Optional) Used Vehicle Contract Cancellation Option Agreement $ N/A (S)
T. Other (to whom paid) ___ N/A
  For ___ N/A ___ $ N/A (T)
Total Cash Price (A through T) ............................. $ 94,704.20 (1)
2. Amounts Paid to Public Officials
  A. Vehicle License Fees ESTIMATED ........... $ 569.00 (A)
  B. Registration/Transfer/Titling Fees ESTIMATED .... $ 100.00 (B)
  C. California Tire Fees .................... $ 7.00 (C)
  D. Other ___ N/A ___ $ N/A (D)
  Total Official Fees (A through D) ........ $ 676.00 (2)
3. Amount Paid to Insurance Companies
  (Total premiums from Statement of Insurance column a + b) ... $ N/A (3)
4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee ... $ -20.00 (4)
5. Subtotal (1 through 4) ................................... $ 95,400.20 (5)
6. Total Downpayment
  A. Agreed Trade-In Value Yr. ___ Make ___ $ N/A (A)
    Model ___ Odom ___
    VIN ___
  B. Less Prior Credit or Lease Balance (e) ......... $ N/A (B)
  C. Net Trade-In (A less B) (indicate if a negative number) ... $ N/A (C)
  D. Deferred Downpayment ........................... $ N/A (D)
  E. Manufacturer's Rebate .......................... $ N/A (E)
  F. Other ___ N/A ___ $ N/A (F)
  G. Cash ........................................... $ N/A (G)
  Total Downpayment (C through G) .................. $ 0.00 (6)
  (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1O above.)
7. Amount Financed (5 less 6) ............................. $ 95,400.20 (7)

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.
Proceeds of Loan From: ___ N/A
Amount $ N/A   Finance Charge $ N/A
Total $ N/A   Payable in ___ N/A
Installments of $ N/A ___ $ N/A
from this Loan is shown in Item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable: ___

---

Credit Disability N/A Mo. # N/A $ N/A
Total Credit Insurance Premiums $ N/A (b)
Insurance Company Name ___ N/A
Home Office Address ___ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.
You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS. (Refer to "Total Disabilities Not Covered" in your policy for details).
You want to buy the credit insurance.

X ___
Date Buyer Signature Age
X ___
Date Co-Buyer Signature Age

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 1R of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides and a part of this contract.
Term ___ N/A ___ Mos. ___ Name of Gap Contract ___
I want to buy a gap contract.
Buyer Signs X ___

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge shown in Item 1L, 1M, 1N, 1O, and/or 1P.
1L Company N/A
Term N/A Mos. or N/A Mi
1M Company N/A
Term N/A Mos. or N/A Mi
1N Company N/A
Term N/A Mos. or N/A Mi
1O Company N/A
Term N/A Mos. or N/A Mi
1P Company N/A
Term N/A Mos. or N/A Mi
Buyer X ___

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X ___
Co-Buyer Signs X ___

---

SELLER'S RIGHT TO CANCEL. If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

| | | | |
|---|---|---|---|
| G. Cash | $ N/A (G) | Term N/A Mos. or N/A Miles |
| Total Downpayment (C through G) | $ 0.00 (6) | 1P Company N/A |
| (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on l'ne 1Q above) | | Term N/A Mos. or N/A Miles |
| 7. Amount Financed (5 less 6) | $ 95,400.20 (7) | Buyer X _____ |

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: N/A

Amount $ N/A   Finance Charge $ N/A

Total $ N/A   Payable in N/A

Installments of $ N/A   $ N/A

from this Loan is shown in item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X _____

Co-Buyer Signs X _____

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

X _____   X _____
Buyer                    Co-Buyer

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____   Co-Buyer Signs X _____

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before ___ N/A ___ , Year ___ N/A ___ SELLER'S INITIALS ___ N/A ___

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

WARNING:

YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.

FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X _____   X _____

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in Item 6B of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown in 6B to the lienholder or lessor of this trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown in 6B, you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 6B, Seller will refund to you any overage. Seller receives from your prior lienholder or lessor, Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in 6B or any refund.

Buyer Signature X ___ N/A ___   Co-Buyer Signature X ___ N/A ___

**Notice to buyer:** (1) Do not sign this agreement before you read it OR if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.

Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.

After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _____   Co-Buyer Signature X _____

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for this contract. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED.

Buyer Signature X _____ Date Jul 29 2013   Co-Buyer Signature X _____ Date Jul 29 2013

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X _____   Address _____

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay or delay enforcing any of our rights; (2) release any collateral securing this contract; (3) give a full or partial release to any other Guarantor; (4) release any security; (5) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _____   Date _____   Guarantor X _____   Date _____

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

**06/09/2017** at 08:00:00 AM
Clerk of the Superior Court
By Carla Brennan, Deputy Clerk

**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
RAJNISH SINGH KOONER

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO

| | |
|---|---|
| **RAJNISH SINGH KOONER,** | Case No.: 37-2017-00020958-CU-BC-CTL |
| Plaintiff, | Unlimited Jurisdiction |
| vs. | **DEMAND FOR JURY TRIAL** |
| **BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, FINCHEY CORPORATION OF CALIFORNIA, a California Corporation dba PACIFIC BMW, and DOES 1 through 10, inclusive,** | *Assigned for All Purposes to the Honorable* |
| | Department |
| Defendants. | |

## DEMAND FOR JURY TRIAL

Plaintiff, RAJNISH SINGH KOONER, hereby demands trial by jury in this action.

Dated: June ___, 2017

KNIGHT LAW GROUP, LLP

STEVE MIKHOV (SBN 224676)
Attorneys for Plaintiff,
RAJNISH SINGH KOONER

-1-

**DEMAND FOR JURY TRIAL**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steve Mikhov (SBN 224676)<br>Knight Law Group, LLP<br>1801 Century Park East, Suite 2300, Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 552-2250   FAX NO.: (310) 552-7973<br>ATTORNEY FOR *(Name):* RAJNISH SINGH KOONER | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**06/09/2017** at 08:00:00 AM<br><br>Clerk of the Superior Court<br>By Carla Brennan,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice Courthouse

CASE NAME: RAJNISH SINGH KOONER
v. BMW of North America, LLC, a Delaware Limited Liability Company, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited    [ ] Limited<br>(Amount          (Amount<br>demanded         demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter   [ ] Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 37-2017-00020958-CU-BC-CTL<br><br>Judge Judith F. Hayes<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [X] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties     d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel     e. [ ] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve                 in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence          f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* 3
5. This case [ ] is  [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 6/8/17

Steve Mikhov
_____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property Damage/Wrongful Death
  Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
  Product Liability (*not asbestos or toxic/environmental*) (24)
  Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business Practice (07)
  Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice (*not medical or legal*)
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
    Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage (*not provisionally complex*) (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment (*non-domestic relations*)
    Sister State Judgment
    Administrative Agency Award (*not unpaid taxes*)
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint (*not specified above*) (42)
    Declaratory Relief Only
    Injunctive Relief Only (*non-harassment*)
    Mechanics Lien
    Other Commercial Complaint Case (*non-tort/non-complex*)
    Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
  Partnership and Corporate Governance (21)
  Other Petition (*not specified above*) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: 330 W Broadway | |
| MAILING ADDRESS: 330 W Broadway | |
| CITY AND ZIP CODE: San Diego, CA 92101-3827 | |
| BRANCH NAME: Central | |
| TELEPHONE NUMBER: (619) 450-7058 | |

PLAINTIFF(S) / PETITIONER(S):  Rajnish Singh Kooner

DEFENDANT(S) / RESPONDENT(S):  BMW of North America LLC et.al.

RAJNISH SINGH KOONER VS BMW OF NORTH AMERICA LLC [IMAGED]

| NOTICE OF CASE ASSIGNMENT and CASE MANAGEMENT CONFERENCE | CASE NUMBER: 37-2017-00020958-CU-BC-CTL |
|---|---|

## CASE ASSIGNMENT

Judge:  Judith F. Hayes                                    Department: C-68

**COMPLAINT/PETITION FILED: 06/09/2017**

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 12/29/2017 | 10:00 am | C-68 | Judith F. Hayes |

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS: The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS: Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE: Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES: In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

COURT REPORTERS: Court reporters are not provided by the Court in Civil cases. See policy regarding normal availability and unavailability of official court reporters at www.sdcourt.ca.gov.

*ALTERNATIVE DISPUTE RESOLUTION (ADR): THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).

SDSC CIV-721 (Rev. 01-17)                    NOTICE OF CASE ASSIGNMENT                    Page: 1



# Superior Court of California
# County of San Diego

# NOTICE OF ELIGIBILITY TO eFILE
# AND ASSIGNMENT TO IMAGING DEPARTMENT

This case is eligible for eFiling. Should you prefer to electronically file documents, refer to General Order in re procedures regarding electronically imaged court records, electronic filing, and access to electronic court records in civil and probate cases for rules and procedures or contact the Court's eFiling vendor at www.onelegal.com for information.

This case has been assigned to an Imaging Department and original documents attached to pleadings filed with the court will be imaged and destroyed. Original documents should not be filed with pleadings. If necessary, they should be lodged with the court under California Rules of Court, rule 3.1302(b).

On August 1, 2011 the San Diego Superior Court began the Electronic Filing and Imaging Pilot Program ("Program"). As of August 1, 2011 in all new cases assigned to an Imaging Department all filings will be imaged electronically and the electronic version of the document will be the official court file. The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and on the Internet through the court's website.

You should be aware that the electronic copy of the filed document(s) will be the official court record pursuant to Government Code section 68150. The paper filing will be imaged and held for 30 days. After that time it will be destroyed and recycled. Thus, you should not attach any original documents to pleadings filed with the San Diego Superior Court. Original documents filed with the court will be imaged and destroyed except those documents specified in California Rules of Court, rule 3.1806. Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant or petitioner to serve a copy of this notice with the complaint, cross-complaint or petition on all parties in the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words **"IMAGED FILE"** in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.



**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION**

CASE NUMBER: 37-2017-00020958-CU-BC-CTL      CASE TITLE: Rajnish Singh Kooner vs BMW of North America LLC [Image

NOTICE: All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
      (1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
      (2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), _and_
      (3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

**Potential Advantages and Disadvantages of ADR**
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| **Potential Advantages** | **Potential Disadvantages** |
|---|---|
| • Saves time | • May take more time and money if ADR does not |
| • Saves money |   resolve the dispute |
| • Gives parties more control over the dispute | • Procedures to learn about the other side's case (discovery), |
|   resolution process and outcome |   jury trial, appeal, and other court protections may be limited |
| • Preserves or improves relationships |   or unavailable |

**Most Common Types of ADR**
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:** There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

**Local ADR Programs for Civil Cases**

**Mediation:** The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

On-line mediator search and selection: Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005). The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:** The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:** The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

More information about court-connected ADR: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:** The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:** To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

**Legal Representation and Advice**

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|

**STREET ADDRESS:** 330 West Broadway
**MAILING ADDRESS:** 330 West Broadway
**CITY, STATE, & ZIP CODE:** San Diego, CA 92101-3827
**BRANCH NAME:** Central

**PLAINTIFF(S):** Rajnish Singh Kooner

**DEFENDANT(S):** BMW of North America LLC et.al.

**SHORT TITLE:** RAJNISH SINGH KOONER VS BMW OF NORTH AMERICA LLC [IMAGED]

| STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) | CASE NUMBER: 37-2017-00020958-CU-BC-CTL |
|---|---|

Judge: Judith F. Hayes                    Department: C-68

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)                    ☐ Non-binding private arbitration

☐ Mediation (private)                            ☐ Binding private arbitration

☐ Voluntary settlement conference (private)      ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)                   ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (specify e.g., private mini-trial, private judge, etc.): _____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____                            Date: _____

Name of Plaintiff                                Name of Defendant

Signature                                        Signature

Name of Plaintiff's Attorney                     Name of Defendant's Attorney

Signature                                        Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

IT IS SO ORDERED.

Dated: 06/12/2017                                JUDGE OF THE SUPERIOR COURT