# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJNISH KOONER,<br><br>                    Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, et al.,<br><br>                    Defendants. | Case No.: 17-CV-1940 W (BGS)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE [DOC. 40]** |

   Parties have filed a stipulation for dismissal of this action.  [Doc. 40.]  This action is dismissed **WITH PREJUDICE**.

   **IT IS SO ORDERED.**

Dated:  January 10, 2019

_____
Hon. Thomas J. Whelan
United States District Judge

1

17-CV-1940 W (BGS)